JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| In re: | USDC NO. SACV 99-1372 DOC |
| VICKIE LYNN MARSHALL,<br>Debtor. | BANKR. NO. LA 96-12510-SB<br>Adversary No. 98-01159 |
| | Honorable David O. Carter |
| VICKIE LYNN MARSHALL,<br>Plaintiff, | **JUDGMENT** |
| v. | |
| FINLEY HILLIARD, individual, as trustee of the J. Howard Marshall Living Trust and as executor of the Succession of J. Howard Marshall II (Louisiana); KENNETH FARRAR, as individual, as trustee of the J. Howard Marshall Living Trust; and MARSHALL PETROLEUM, INC., a Texas Corporation,<br>Defendants. | |

This Court, having granted the Joint Motion of All Defendants for Judgment on the Pleadings, hereby ORDERS:

1. Judgment is entered against Plaintiff Vickie Lynn Marshall on her complaint against Defendants Finley Hilliard, as trustee of the J. Howard Marshall Living Trust and as executor of the Succession of J. Howard Marshall II (Louisiana); Kenneth Farrar, as trustee of the J. Howard Marshall Living Trust; and Marshall Petroleum, Inc.;

2. Plaintiff shall take nothing on her complaint; and

3. The Complaint is dismissed with prejudice on the merits.

IT IS SO ORDERED.

DATED:  July 3, 2013.

_David O. Carter_
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Nicola T. Hanna
_____
  NICOLA T. HANNA

Attorneys for Defendant
MARSHALL PETROLEUM, INC.

### SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Nicola T. Hanna
_____
   Nicola T. Hanna

DECHERT LLP

By: ___/s/ G. Eric Brunstad, Jr._____

G. Eric Brunstad, Jr.

Attorneys for Defendant
MARSHALL PETROLEUM, INC.


JAMES K. T. HUNTER

By: ___/s/ James K. T. Hunter_____
      JAMES K. T. HUNTER

Attorneys for Defendants
FINLEY HILLIARD and KENNETH FARRAR